# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

MICHAEL L. BOYD
ADC #115890                                                                    PLAINTIFF

v.                            No. 5:17-cv-325-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                                    DEFENDANT

## ORDER

**1.** On *de novo* review, the Court adopts Magistrate Judge Kearney's careful recommendation, № 23, and overrules Boyd's objections, № 26. FED. R. CIV. P. 72(b)(3). Boyd argues, among other things, that his trial lawyer failed him by allowing a redacted video of his confession to be shown to the jury. As the Magistrate Judge notes, though, this claim has no factual support in the record. It therefore isn't a "substantial" claim of ineffective assistance. *Martinez v. Ryan*, 566 U.S.1, 15–16 (2012).

Boyd's petition will be dismissed with prejudice. No certificate of appealability will issue. 28 U.S.C. § 2253(c)(1)–(2).

**2.** Motion for status update, № 27, denied as moot.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 July 2019