IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL L. BOYD
ADC #115890                                                      PLAINTIFF

v.                          No. 5:17-cv-325-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                                DEFENDANT

## JUDGMENT

Boyd's petition is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

2 July 2019