IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL L. BOYD
ADC #115890                                                                                    PLAINTIFF

v.                                    No. 5:17-cv-325-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                                      DEFENDANT

## ORDER

Post-judgment motion, № 30, denied. Nothing in Boyd's new paper warrants relief from the 2 July 2019 Order and Judgment. № 28 & № 29.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 July 2019